IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT  DIVISION

| | | |
|---|---|---|
| GEORGE DAVID STEPHENS | § | |
| VS. | § | CIVIL ACTION NO. 1:17cv39 |
| LISA FISHER, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

Plaintiff George David Stephens, proceeding *pro se*, filed the above-styled lawsuit against several defendants.  The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this Court.

Plaintiff has filed a motion (doc. no. 16) asking that the claims against defendants Lisa Fisher, Stephanie Zepeda, Ranee Lenz, Donny Hughes and Lanette Linthicum be dismissed.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  No objections were filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.  Plaintiff's motion to dismiss is **GRANTED** and the claims against defendants Lisa Fisher, Zepeda, Lenz, Hughes and Linthicum are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

So **ORDERED** and **SIGNED** this **12** day of **December, 2017.**

_____
Ron Clark, United States District Judge